United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13612-amc |
| Bruce E. Hearns, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 09, 2025 | Form ID: 130 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

**Recip ID        Recipient Name and Address**
db              + Bruce E. Hearns, Jr., 6962 Cedarpark Ave, Philadelphia, Pa 19138-2002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

**Name              Email Address**
United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 1

*Form 130* (3/23)−doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Bruce E. Hearns Jr. )   Case No. 25−13612−amc
                                         )
                                         )
   Debtor(s). )   Chapter: 13
                                         )
                                         )

## Order Requiring Documents

     **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

   It is hereby ORDERED that:

   1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Matrix Due 9/16/25
      Credit Counseling Due 9/23/25
      Means Test Calculation 122C−2 Due 9/23/25
      Plan Due 9/23/25
      Schedules A/B Due 9/23/25
      Schedules C Due 9/23/25
      Schedules D Due 9/23/25
      Schedules E/F Due 9/23/25
      Schedules G Due 9/23/25
      Schedules H Due 9/23/25
      Schedules I Due 9/23/25
      Schedules J Due 9/23/25
      Statement of Current Monthly Income (122C−1) Due 9/23/25
      Statement of Financial Affairs Due 9/23/25
      Summary of Assets and Liabilities Due 9/23/25

     2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: September 9, 2025                                                                                 By the Court

                                                                                                       Ashely M. Chan
                                                                                                        Chief Judge, United States Bankruptcy Court