*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Bruce E. Hearns Jr.<br><br>　Debtor(s). | Case No. 25–13612–amc<br><br>Chapter: 13 |

## ORDER

　　AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/09/2025, this case is hereby DISMISSED.

**Date: October 2, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities