United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13612-amc |
| Bruce E. Hearns, Jr. | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce E. Hearns, Jr., 6962 Cedar Park Avenue, Philadelphia, PA 19138-2002 |
| 15049634 | + | U.S. Bank Trust Company, NA, c/o Matthew Fissel, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 03 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15050678 | + Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 00:26:25 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 04, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

**Name**    **Email Address**

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Oct 02, 2025 Form ID: pdf900 Total Noticed: 5

MATTHEW K. FISSEL
    on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Bruce E. Hearns Jr.<br><br>   Debtor(s). | Case No. 25−13612−amc<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/09/2025, this case is hereby DISMISSED.

**Date: October 2, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities